**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE W. EDWARDS,

        Plaintiff,                      Case Number: 04-CV-72930

v.                                          JUDGE PAUL D. BORMAN
                                            MAG. JUDGE R. STEVEN WHALEN
MISS PORTER,                       UNITED STATES DISTRICT COURT

        Defendant.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION IN FAVOR OF GRANTING**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendant's motion to dismiss Plaintiff's complaint with prejudice. No objection was filed thereto. Having reviewed that Report and Recommendation, the Court accepts and enters as its findings and conclusions the Report and Recommendation in favor of granting Defendant's motion to dismiss Plaintiff's Complaint with prejudice.

SO ORDERED

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: August 31, 2005

**CERTIFICATE OF SERVICE**

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 31, 2005.

                                                          s/Jonie Parker
                                                         Case Manager